AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Lauren Stram/Christopher Parisi) USAO CW No. 26-085-3

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

MARK ROSS
*Defendant(s)*

Case No. 26mj1267-3

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 16, 2026 to June 26, 2026 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 21 U.S.C. § 846 (Count One); and 21 U.S.C. § 841(a)(1), (b)(1)(A) (Count Two) | Conspiracy to distribute cocaine (Count One); and possession with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance (Count Two) |

This criminal complaint is based on these facts:
See attached affidavit, incorporated here by reference.

☑ Continued on the attached sheet.

/s/ Kevin M. Lewis
*Complainant's signature*

Kevin M. Lewis, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed by telephone.

Date: 06/26/2026

/s/ Craig M. Straw 6-26-2026
*Judge's signature*

City and state: Philadelphia, Pennsylvania

HONORABLE CRAIG M. STRAW, U.S.M.J.
*Printed name and title*