AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Lauren Stram/Christopher Parisi )

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

GREGORY JONES a/k/a "G"
*Defendant*

Case No. 26mj1267-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* GREGORY JONES a/k/a "G",
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Between March 16, 2026 and June 26, 2026, GREGORY JONES, EDWARD BASLEY, MARK ROSS, EDUARD NAHUN CHIRINOS AMADOR and others known and unknown, conspired and agreed to distribute five kilograms or more of cocaine, a Schedule II controlled substance, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, in violation of 21 U.S.C. § 846. On or about June 26, 2026, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendants GREGORY JONES, EDWARD BASLEY, MARK ROSS, and EDUARD NAHUN CHIRINOS AMADOR possessed five kilograms or more of a mixture and substance containing a detectable amount of cocaine in a manner consistent with distribution, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

Date: 06/26/2026

/s/Craig M. Straw 6-26-2026
*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

HONORABLE CRAIG M. STRAW, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 6/26/26, and the person was arrested on *(date)* 7/8/26 at *(city and state)* Philadelphia, PA.

Date: 6/26/26

*Arresting officer's signature*

Kevin M. Lewis
*Printed name and title*