**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **MAG. NO. 26-MJ-1267** |
| **GREGORY JONES,<br>EDWARD BASLEY,<br>MARK ROSS, and<br>EDUARD AMADOR** | :<br>: | |

**O R D E R**

AND NOW, this _______ day of July, 2026, the Court being advised that the defendants and the government are engaged in plea negotiations which may resolve the above action, that the parties need additional time to confer and review evidence in any event, and that the defendants do not oppose the government's motion for a continuance, the Court finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, that they outweigh the interests of the public and the defendants in a speedy trial, and therefore, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), it is hereby

ORDERED

that the time in which an indictment must be filed in the above action is continued to September 24, 2026.

**BY THE COURT:**

Jose R. Arteaga, USMJ

Digitally signed by Jose R. Arteaga, USMJ
Date: 2026.07.17 16:03:42 -04'00'

**Honorable José R. Arteaga**
**United States Magistrate Judge**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **MAG. NO. 26-MJ-1267** |
| **GREGORY JONES,<br>EDWARD BASLEY,<br>MARK ROSS, and<br>EDUARD AMADOR** | :<br>: | |

**GOVERNMENT'S MOTION FOR CONTINUANCE**
**PURSUANT TO 18 U.S.C. § 3161(h)(7)(A)**

The United States of America, by its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Christopher E. Parisi and Lauren Stram, Assistant United States Attorney, respectfully requests a continuance in this matter. In support of this motion, the government avers as follows:

1. On June 26, 2026, defendants Gregory Jones, Edward Basley, Mark Ross, and Eduard Amador were charged by complaint and warrant with conspiracy to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. § 846 (Count One), and possession with intent to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A) (Count Two).

2. On June 26, 2026, defendants Jones, Basley, and Ross were arrested by the FBI after the seizure of approximately 80 kilograms of cocaine in Philadelphia. Defendant Amador, who delivered the cocaine, was arrested outside of Baltimore the same day. The defendants had their initial appearances on June 29, 2026, and June 30, 2026. Based on the availability of defense counsel, the Court held additional hearings between June 30, 2026, and July 15, 2026.

The defendants all stipulated to probable cause, and defendants Basley, Ross, and Amador stipulated to pretrial detention. Defendant Jones sought release, but he was remanded after argument before this Court.

3. The government and counsel for each defendant had preliminary discussions about possible non-trial resolutions for each of these cases. The parties have also discussed the volume of discovery material in this case, and the potential for additional charges following further investigation by the government. The parties agree that additional discussions between the various defendants and the government are necessary to determine whether these matters may be expeditiously resolved. By way of this proposed order, the government seeks a 60-day extension of time in which to file an indictment or information, to September 24, 2026.

4. Counsel for defendant Gregory Jones (Emily McKenna, Esq.), Edward Basley (Maureen Coggins, Esq.), Mark Ross (Charles Gibbs, Esq.) and Eduard Amador (Adam Leasure, Esq.) do not object to a 60-day extension in this matter.

WHEREFORE, the Government respectfully submits that the ends of justice will best be served by a continuance in this matter for the filing of an indictment or information under the Speedy Trial Act, to September 24, 2026.

Respectfully submitted,

DAVID METCALF
United States Attorney

/s Christopher E. Parisi
CHRISTOPHER E. PARISI
LAUREN STRAM
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Government's Motion for a Continuance has been served by email and ECF upon:

Emily McKenna, Esq.
Maureen Coggins, Esq.
Charles Gibbs, Esq.
Adam Leasure, Esq.

/s Christopher E. Parisi
CHRISTOPHER E. PARISI
Assistant United States Attorney

Date: July 17, 2026.